AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ALAIN VALDEZ, individually, and on behalf of all similarly situated persons,<br><br>Plaintiff(s)<br>v.<br>GATOR TOWING AND RECOVERY CORP., MARLEN PEREZ, individually, and RIGOBERTO GOMEZ, individually,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) 16-CV-60331-JIC<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GATOR TOWING & RECOVERY CORP.
c/o Registered Agent, MARLEN PEREZ
4474 WESTON RD. SUITE 163
WESTON, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Miguel Armenteros, Esq.
PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, PL
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Feb 22, 2016

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ALAIN VALDEZ, individually, and on behalf of all similarly situated persons,

*Plaintiff(s)*

v.   16-CV-60331-JIC

GATOR TOWING AND RECOVERY CORP., MARLEN PEREZ, individually, and RIGOBERTO GOMEZ, individually,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MARLEN PEREZ, Individually
4474 WESTON RD. SUITE 163
WESTON, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Miguel Armenteros, Esq.
PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, PL
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Feb 22, 2016

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ALAIN VALDEZ, individually, and )
on behalf of all similarly situated persons, )
)
)
*Plaintiff(s)* )
v. ) 16-CV-60331-JIC
)
GATOR TOWING AND RECOVERY CORP., )
MARLEN PEREZ, individually, )
and RIGOBERTO GOMEZ, individually, )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    RIGOBERTO GOMEZ, Individually
    4474 WESTON RD. SUITE 163
    WESTON, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Miguel Armenteros, Esq.
    PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, PL
    283 Catalonia Avenue, Suite 200
    Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Feb 22, 2016

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts